UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**WILLIAM THOMPSON,**             Case No. 3:12-cv-287

    Plaintiffs,                         **Judge Timothy S. Black**

**-vs-**

**BOARD OF EDUCATION, DAYTON
CITY SCHOOL DISTRICT,** *et al.***,**

    Defendants.

_____

**JUDGMENT IN A CIVIL CASE**
_____

[ ]   **Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

[X]   **Decision by Court:**

**IT IS ORDERED AND ADJUDGED** that the Defendants' Motion for Summary Judgment (Doc. 10) is **GRANTED**; and the case is **CLOSED** on the Court's docket.

Date: November 12, 2013                **JOHN P. HEHMAN, CLERK**

                                                                  By: *s/ M. Rogers*
                                                                  Deputy Clerk